UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
DANIEL REALE,                                   )
                                                )
            Plaintiff,                          )
                                                )
    v.                                          )   Case No.:   21-1412
                                                )
GOOGLE LLC and YOUTUBE LLC,                     )
                                                )
            Defendants.                         )   OCTOBER 25, 2021
                                                )
------------------------------------------------------------x

PLEASE TAKE NOTICE that defendants Google LLC ("Google") and YouTube LLC ("YouTube"), collectively, "Defendants," pursuant to 28 U.S.C. § 1441(a), hereby remove the above-captioned civil action that was filed in the Connecticut Superior Court, Judicial District of Windham at Putnam, in which the action was pending (as case number WWM-CV21-5013026-S), to the United States District Court for the District of Connecticut.

**GROUNDS FOR REMOVAL**

1.  On September 23, 2021, an action entitled *Daniel Reale v. Google, LLC and YouTube, LLC* was commenced against Defendants by service of a Summons and Complaint.

2.  Plaintiffs' complaint against Defendants was returned to the Connecticut Superior Court, Judicial District of Windham at Putnam, on October 18, 2021, bearing Docket No. WWM-CV21-5013026-S. In his complaint, Plaintiff alleges that (i) Defendants unlawfully restrained trade in violation of the Sherman Antitrust Act (15 U.S.C. § 1 *et seq.*) and (ii) that Defendants'

1

alleged anticompetitive conduct violates the Connecticut Unfair Trade Practices Act ("CUTPA") (Conn. General Statutes § 42-110g).

3. Copies of all process, pleadings and orders served upon Defendants are annexed hereto as Exhibit A.

4. The above-described action is one over which this Court has original exclusive jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1337, and supplemental jurisdiction of Plaintiff's state-law claims under the provisions of 28 U.S.C. § 1367.

5. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. This Court has original exclusive jurisdiction of this case under 28 U.S.C. §§ 1331 and 1337 because Plaintiff's claims arise under the federal Sherman Antitrust Act. *See* 28 U.S.C. § 1337(a) ("[t]he district courts shall have original jurisdiction of any civil action or proceeding arising under any Act of Congress regulating commerce or protecting trade and commerce against restraints and monopolies").

7. This Court can exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over any non-federal claims asserted against Defendants because the state-law claims raised in Plaintiff's complaint form part of the same case and controversy as the claims brought pursuant to federal law. Indeed, Plaintiff's complaint explicitly bases his CUTPA claim on Defendants' alleged violation of the Sherman Antitrust Act. *See* Ex. A, Compl. ¶ 17. This Court has exclusive

original jurisdiction of this action because Plaintiff has expressly asserted a claim under the federal Sherman Antitrust Act.  *See* 28 U.S.C. §§ 1331 and 1337.  Therefore, this Court has and should exercise supplemental jurisdiction over Plaintiff's state-law claims.

8. The United States District Court for the District of Connecticut is the appropriate federal district court for removal purposes because the action is currently filed in the Connecticut Superior Court in the Judicial District of Windham at Putnam.  *See* 28 U.S.C. §§ 1441(a), 1446(a).

9. Defendants received the proceedings setting forth the claims for relief upon which this action is based on September 23, 2021.  Thus, this Notice of Removal is timely because it is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

10. Defendants have not participated in the Superior Court action and will appear for the sole purpose of filing notice of this Notice of Removal.

## **CONCLUSION**

11. Defendants reserve the right to file additional support for this Notice of Removal by way of declarations, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and/or legal argument.

12. Defendants reserve all defenses they may have against Plaintiff's claims, including that the complaint fails to state a claim upon which relief can be granted, that the relief Plaintiff seeks violates Defendants' rights under the First Amendment and is barred by Section 230 of the Communications Decency Act, 47 U.S.C. § 230, and all objections that Defendants may have to service, jurisdiction, or venue.

13. Contemporaneously with the filing of this Notice of Removal, written notice will be served upon Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the Connecticut Superior Court in the Judicial District of Windham at Putnam as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants hereby give notice of the removal to this Court of the action pending in the Connecticut Superior Court under the caption *Daniel Reale v. Google, LLC and YouTube, LLC*, Case No. WWM-CV21-5013026-S.

Dated: October 25, 2021

Respectfully submitted,

*/s/ Morris Fodeman*
Morris Fodeman  (ct28365)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
mfodeman@wsgr.com


Jonathan B. Tropp  (ct1295)
DAY PITNEY LLP
195 Church Street, 15th Floor
New Haven, Connecticut 06510
Telephone: (203) 977-7337
Facsimile: (203) 901-1733
jbtropp@daypitney.com

*Attorneys for Defendants Google LLC,
  and YouTube LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021, a copy of foregoing will be served by first class mail, postage prepaid on Plaintiff, appearing *pro se*:

>Daniel Reale
>20 Dougherty Avenue
>Plainfield, CT 06374

>>*/s/ Morris Fodeman*
>>Morris Fodeman